# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**LINDY HOLLGARTH,**
**Plaintiff,**

vs.                                                                                         Case Number:   **05-2125**

**JERRY DAWSON, ET AL.,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.  Case terminated.  The parties shall bear their own costs.

ENTER this 19th day of September 2007.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK